JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 26-01898-KK-ACCVx** | Date: | May 29, 2026 |
|---|---|---|---|

Title:    ***Ariel Mendoza v. Starbucks Corporation et al.***

Present: The Honorable    KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| Dominique Carr | Not Reported |
| Deputy Clerk | Court Reporter |

|  |  |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings:    (In Chambers) Order GRANTING Plaintiff's Motion to Remand [Dkt. 17]**

On January 28, 2026, plaintiff Ariel Mendoza ("Plaintiff") filed the operative Complaint against defendant Starbucks Corporation ("Defendant") in San Bernardino County Superior Court. Dkt. 1, at 13-23, Complaint. On April 16, 2026, Defendant removed the action to this Court. Dkt. 1.

On May 14, 2026, Plaintiff filed the instant Motion to Remand ("Motion") and noticed the Motion for hearing on June 18, 2026. Dkt. 17, Motion. Therefore, Defendant's opposition to Plaintiff's Motion was due May 28, 2026. See C.D. Cal. L.R. 7-9. To date, Defendant has failed to file an opposition to the Motion. The Court, thus, deems Defendant's failure to file an opposition consent to the granting of Plaintiff's Motion. See C.D. Cal. L.R. 7-12 ("The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion . . . .").

Accordingly, Plaintiff's Motion is **GRANTED**, and this matter is remanded to San Bernardino County Superior Court. The Clerk of Court shall close this case and send a certified copy of this Order to the state court. (JS-6)

**IT IS SO ORDERED.**